UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-118-WWB-DAB
 29 U.S.C. § 501(c)

DENISE E. KOVACS

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Embezzlement)

Between on or about May 1, 2015, through on or about February 24, 2020, in the Middle District of Florida, and elsewhere,

DENISE E. KOVACS,

while an employee, that is, bookkeeper, of Plumbers AFL-CIO Local 803, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use and the use of another, moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $304,903.27.

In violation of 29 U.S.C. § 501(c).

## FORFEITURE

1. The allegations contained in Counts One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 29 U.S.C. § 501(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. The property to be forfeited includes, but is not limited to, a money judgment in an amount to be determined at or before sentencing.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: /s/ Michael P. Felicetta
Michael P. Felicetta
Assistant United States Attorney

By: /s/ Ilianys Rivera Miranda
Ilianys Rivera Miranda
Assistant United States Attorney
Chief, Criminal Division (North)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

DENISE E. KOVACS

## INDICTMENT

Violation:

29 U.S.C. § 501(c)

A true bill

_____
Foreperson

Filed in open court this 3rd day of August, 2022.

_____
Clerk

Bail $ _____

GPO 863 525